UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICE ROSS,<br><br>        Plaintiff,<br><br>   v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>        Defendant. | Case No. 1:26-cv-00647-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION TO AMEND AND REMAND, AND REMANDING THE ACTION TO THE KERN COUNTY SUPERIOR COURT<br><br>Docs. 10, 11, 14, 16 |

Plaintiff Patrice Ross initiated this action with the filing of a complaint in state court against defendant Nissan North America, Inc. ("Nissan"). Doc. 1-1. Defendant Nissan removed the action on January 26, 2026. Doc. 1. Plaintiff filed a motion to amend the complaint on February 26, 2026 (Doc. 10); a second motion to amend and remand that same day (Doc. 11); and a third motion to amend and remand on April 21, 2026 (Doc. 14). On April 30, 2026, Nissan filed a notice of non-opposition to plaintiff's motion to remand. Doc. 15.

On May 7, 2026, the assigned magistrate judge issued findings and recommendations to grant leave to amend and remand the action. Doc. 16. The magistrate judge noted that all three of Plaintiff's motions seek identical relief, and the two later-filed motions attach identical

proposed first amended complaints. *Id.* at 1–2. The findings and recommendations provided the parties with 14 days to file objections thereto. *Id.* at 9. Neither party filed objections and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on May 7, 2026, Doc. 16, are adopted in full;

2. Plaintiff's motion for leave to amend the complaint and for remand, Docs. 10, 11, 14, is granted;

3. Plaintiff's proposed first amended complaint, Doc. 17, is deemed the operative complaint.

4. This action is remanded to the Kern County Superior Court;

5. The Clerk of Court shall mail a copy of this order to the clerk of the Kern County Superior Court; and

6. The Clerk of the Court is directed close this case.

**IT IS SO ORDERED**

DATE: <u>May 27, 2026</u>

_____
UNITED STATES DISTRICT JUDGE

2